

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| CYNTHIA GALLARDO, | § | No. 08-24-00149-CV |
|---|---|---|
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 5 |
| MARIO GALLARDO, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2022DCM6562) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF JULY 2024.


GINA M. PALAFOX, Justice


Before Alley, C.J., Palafox and Soto, JJ.